IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERIN GARRISON,

    Plaintiff,                      No. 2:10-cv-1080 JAM KJN P

    vs.

JAMES TILTON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 8, 2011

                                          /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

garr1080.59